UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE TODD W. ROBINSON)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SILVIA GONZALEZ-RODRIGUEZ,<br><br>Defendant. | CASE NO.:   23CR0329-TWR<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**IT IS HEREBY ORDERED** that Ms. SILVIA GONZALEZ-RODRIGUEZ's Motion Hearing/Trial Setting currently scheduled for March 24, 2023, at 1:30 p.m., be continued to April 21, 2023, at 1:30 p.m.

The defendant shall sign and file an acknowledgement of the next court date within 48 hours of this Order being entered.

**SO ORDERED.**

DATED: 3/14/2023

HONORABLE TODD W. ROBINSON
United States District Court Judge